BRENDAN MCCARTHY
Assistant U.S. Attorney
U.S. Attorney's Office
U.S. Federal Courthouse
2601 2nd Avenue North, Box 3200
Billings, MT 59101
Phone: (406) 657-6101
E-mail: brendan.mccarthy@usdoj.gov

FILED

FEB 1 9 2015

Clerk, U S District Court
District Of Montana
Billings

ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA, | CR 15- 14 -BLG-SPW |
|---|---|
| Plaintiff, | INDICTMENT |
| vs. | |
| PHILIP ALLAN MORRIS, | POSSESSION WITH INTENT TO DISTRIBUTE METHAMPHETAMINE (Count I) Title 21 U.S.C. § 841(a)(1) (Penalty: Mandatory minimum ten years to life imprisonment, $10,000,000 fine, and at least five years supervised release) |
| Defendant. | |
| | POSSESSION OF A FIREARM IN FURTHERANCE OF A DRUG TRAFFICKING CRIME (Count II) Title 18 U.S.C. § 924(c)(1)(A) (Penalty: Mandatory minimum five years to life imprisonment, consecutive to any other sentence, $250,000 fine, and five years supervised release) |
| | TITLE 21 PENALTIES MAY BE ENHANCED FOR PRIOR DRUG-RELATED FELONY CONVICTIONS |

1

THE GRAND JURY CHARGES:

## COUNT I

That beginning on or about February 3, 2015, at Laurel, in the State and District of Montana, and elsewhere, the defendant, PHILIP ALLAN MORRIS, knowingly possessed, with the intent to distribute, 500 grams or more of a substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1).

## COUNT II

That on or about February 3, 2015, at Laurel, in the State and District of Montana, and elsewhere, the defendant, PHILIP ALLAN MORRIS, knowingly possessed a firearm, namely a Berretta pistol, Model #92FS (Serial Number J43854Z), in furtherance of the drug trafficking crime charged in Count I above, a crime that may be prosecuted in a court of the United States, in violation of 18 U.S.C. § 924(c)(1)(A).

//

//

//

//

//

A TRUE BILL.

Foreperson signature redacted.  Original document filed under seal.

*[signature]*

MICHAEL W. COTTER
United States Attorney

*[signature]*

JOSEPH E. THAGGARD
Criminal Chief Assistant U.S. Attorney

Crim. Summons _____
Warrant: ✓ _____
Bail: _____

3